Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JORDAN D. ETZIG )
 )
    Plaintiff, )
 )
vs. ) No. 2:20-cv-01259-KJD-DJA
 )
MONTEREY FINANCIAL SERVICES LLC )
dba MONTEREY COLLECTION SERVICES )
 )
    Defendant. )
_____)

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                    ROBISON, SHARP, SULLIVAN & BRUST

_____             _____
MITCHELL D. GLINER, ESQ.                    FRANK C. GILMORE, ESQ.
Nevada Bar No. 003419                       State Bar No. 010052
3017 W. Charleston Blvd. # 95               71 Washington Street
Las Vegas, Nevada 89102                     Reno, Nevada 89503
Attorney for Plaintiff                      Attorney for Defendant

IT IS SO ORDERED this __9th__ day of __October__, 2020.

_____
UNITED STATES DISTRICT JUDGE